## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |
| KEVIN STALIN CONTENTO ANDRADE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 25-13659-MJJ |
| ) | |
| ANTONE MONIZ, Superintendent, Plymouth ) | |
| County Correctional Facility; ) | |
| PATRICIA HYDE, Field Office Director; ) | |
| TODD LYONS, Acting Director U.S. ) | |
| Immigration and Customs Enforcement; ) | |
| KRISTI NOEM, Secretary of ) | |
| the Department of Homeland Security; ) | |
| ) | |
| ) | |
| Respondents. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |

## <u>MEMORANDUM OF DECISION AND ORDER</u>

December 9, 2025

JOUN, D.J.

Kevin Stalin Contento Andrade ("Mr. Contento Andrade" or "Petitioner") is a citizen of Ecuador who entered the United States on or about September 15, 2023. [Doc. No. 1 at ¶¶ 1–2]. On November 26, 2025, Mr. Contento Andrade was detained. [*Id*. at ¶ 2]. Mr. Contento Andrade petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 9 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr.

Contento Andrade is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Contento Andrade with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Contento Andrade on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Contento Andrade has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge